**FILED**

JUN 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1965-H |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ALEJANDRO MARTINEZ-GONZALEZ, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about ___3\19\95___, within the Southern District of California, defendant ALEJANDRO MARTINEZ-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:jam:Imperial
6/12/08

1

## Count 2

2      On or about May 13, 2008, within the Southern District of

3 California, defendant ALEJANDRO MARTINEZ-GONZALEZ, being an alien,

4 unlawfully entered or attempted to enter the United States at a time

5 and place other than as designated by immigration officers, and eluded

6 examination and inspection by immigration officers, and attempted to

7 enter or obtained entry to the United States by a willfully false or

8 misleading representation or the willful concealment of a material

9 fact and previously committed the offense of illegal entry, as alleged

10 in Count 1; all in violation of Title 8, United States Code,

11 Section 1325, a felony.

12      DATED: June 12, 2008 .

13                                      KAREN P. HEWITT
                                        United States Attorney
14

15

16                                      W. MARK CONOVER
                                        Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28