MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   ALEJANDRO MARTINEZ-GONZALEZ        No.   08cr1965-H

HON.   Louisa S. Porter          Tape No.   POR08-1:14:34-14:48; 15:47-15:48

Asst. U.S. Attorney   Tara McGrath         PTSO

|       |                    |   |     |     |     |                      | # | Status |
|-------|--------------------|---|-----|-----|-----|----------------------|---|--------|
| Atty  | Hanni Fakhoury, FD | X | Apt |     | Ret | for Martinez-Gonzalez | (1) | (C) |
|       |                    |   | Apt |     | Ret | for                  | ( ) | ( ) |
|       |                    |   | Apt |     | Ret | for                  | ( ) | ( ) |
|       |                    |   | Apt |     | Ret | for                  | ( ) | ( ) |
|       |                    |   | Apt |     | Ret | for                  | ( ) | ( ) |
|       |                    |   | Apt |     | Ret | for                  | ( ) | ( ) |

Apt for Material Witness(es)

PROCEEDINGS:     ___ In Chambers    X In Court    ___ By Telephone

Arraignment - Held (2m)
Change of Plea Hearing - Held (6m)
Sentencing Hearing - Held (6m)

Superseding Information filed.
Consent to proceed before Magistrate filed.
Guilty Plea Entered on Count 1 of the Superseding Information.
Plea Agreement filed.
Defendant found Guilty on count 1 of the Superseding Information.
Defendant sentenced to Time Served
No Fine ordered
Penalty Assessment of $10.00 Remitted.


Date   07/15/2008                               R. F. Messig
                                                Deputy's Initials