FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
2008 JUL 24 AM 10: 28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No. 08cr1965-H
                                         )
v.                                       )   JUDGMENT AND COMMITMENT
                                         )
ALEJANDRO MARTINEZ-GONZALEZ              )   HANNI FAKHOURY, FD
                                         )   Defendant's Attorney
                                         )

REGISTRATION NO. 06309298

VIOLATION: 8:1325 - ILLEGAL ENTRY (MISDEMEANOR)

__x__ Defendant pleaded guilty to count 1 of the Superseding Information
__x__ Count(s) _Remaining_ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

__x__ Defendant is adjudged guilty on count 1 of the Superseding Information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
_____Time Served_____

____ SUPERVISED Release for a term of
on the following conditions:
____ obey all laws, Federal, State and Municipal
____ comply with all lawful rules and regulations of the probation department
____ not possess any narcotic drug or controlled substance without a lawful medical prescription
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
__x__ Penalty assessment of $ 10.00 - Remitted
__x__ Fine waived         ____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

07/15/2008
Date of Imposition of Sentence

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE
Entered on:

I have executed within Time Served
Judgement and Commitment on 7/23/08  Supervised release

United States Marshal
By: _____
USMS Criminal Section